**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6855**

———————

GRANT ANDERSON,

                                    Petitioner - Appellant,

        versus

EDDIE LEE PEARSON, Warden,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-99-367)

———————

Submitted:  October 7, 1999        Decided:  October 14, 1999

———————

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Grant Anderson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grant Anderson seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), and denying his "Motion for Certification." We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Anderson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Anderson v. Pearson, No. CA-99-367 (E.D. Va. May 19 & June 8, 1999). We also deny Anderson's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2